**1762.**

INGRAHAM
*v.*
COOK.

---

## Newman *verſ.* Homans.

THE Queſtion was, whether Intereſt or Depretiation ought to be allowed by a Factor after any

NEWMAN
*v.*
HOMANS.

Rec. 1762.
Fol. 383.

After a reaſonable Time a Factor is liable for Intereſt on the Price received for Goods of his Principal.

And ſuch Intereſt may be recovered in an Action of Aſſumpſit, as well as in Account.

1762.

NEWMAN
*v.*
HOMANS.

any Period, otherwiſe than upon an Action of Ac count, in which he ſhews at what Time he receive Pay for the Goods. (1)

The Court was of Opinion, that after a reaſonable Time he ought. (2)

(1) It appears by the record that this was *indebitatus aſſumpſit* for money had and received. The declaration alleged a promiſe to pay with intereſt, to which the defendant demurred in the Court of Com- mon Pleas, and the demurrer was ſuſtained. In the Superior Court this deciſion was reverſed, and the caſe ſent to a jury.

(2) S. P. *Dodge* v. *Perkins*, 9 Pick. 368. Where a factor, having re- ceived money, unreaſonably neglects to inform his principal, he is liable for intereſt for the time of ſuch unreaſonable delay.